**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JONATHAN HOLGUIN VELEZ** | : | |
| *Petitioner,* | : | |
| | : | |
| v. | : | **CIVIL NO. 26-1918** |
| | : | |
| **J. L. JAMISON et al.,** | : | |
| *Respondents.* | : | |
| | : | |

Scott, J.                                                                                        **April 1, 2026**

**MEMORANDUM**

Petitioner Jonathan Holguin Velez filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking immediate release. ECF No. 1 at 4. Mr. Holguin Velez alleges that his detention by the United States Immigration and Customs Enforcement ("ICE") violates the Administrative Procedure Act, Accardi Doctrine, and his Fifth Amendment Due Process rights. *Id.* at 8-12.

Mr. Holguin Velez is a noncitizen from Ecuador. *Id.* at 5. On October 4, 2024, he and his family presented themselves to the U.S. Customs and Border Protection at the San Ysidro, California, point of entry expressing their intent to seek asylum. *Id.* at 2. They were granted permission to enter the United States on a temporary basis and granted humanitarian parole while they sought asylum. *Id.* at 2-3. As a condition of parole, they were required to maintain regular check-ins with ICE. *Id.* at 3. During their March 23, 2026, check-in, ICE officers revoked Mr. Holguin Velez's parole and detained him. *Id.*

On the Government's view, Mr. Holguin Velez is detained pursuant to 8 U.S.C. § 1225(b)(2) and neither the discretionary parole which he was granted under 8 U.S.C. § 1182(d)(5)

1

nor the subsequent termination of that parole changes his legal status as an inadmissible alien. ECF No. 3 at 4. The Eastern District of Pennsylvania has rejected this argument advanced by the Government several times. *See, e.g.*, *Sadykov v. Rose et al.*, 26-cv-00086, at 1 n.2 (E.D. Pa. Jan 16, 2026) (collecting cases); *Talabadze v. Rose et al.*, 26-cv-0360, at 1 n.1 (E.D. Pa. Jan. 30, 2026); *Seminario-Marcos v. Jamison et al.*, 26-cv-0421, at 2 n.1 (E.D. Pa. Feb. 6, 2026); *Pkhaladze v. Rose et al.*, 26-cv-0509, at 2 n. 3 (E.D. Pa. Feb. 10, 2026); and *Vasquez Diaz v. Rose et al.*, 26-cv-0342 1 n.1 (E.D. Pa. Feb. 10, 2026). For the same reasons set forth in those Opinions, this Court holds that Mr. Holguin Velez's detention is unlawful.

This Court therefore grants Mr. Holguin Velez's request for immediate release, given that his detention under 8 U.S.C. § 1225(b)(2) is unlawful and a bond hearing is unnecessary because nothing in the record suggests that he is a harm to the community or a flight risk. Moreover, ICE is enjoined from detaining Mr. Holguin Velez under 8 U.S.C. § 1226(a) for seven (7) days following his release.

2