## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JONATHAN HOLGUIN VELEZ         :
         *Petitioner,*         :
              :
       v.                 :    CIVIL NO. 26-1918
              :
J. L. JAMISON et al.,           :
         *Respondents.*       :
              :

## ORDER

**AND NOW,** this **1st** day of **April 2026,** upon consideration of Mr. Holguin Velez's

Petition for a Writ of Habeas Corpus (ECF No. 1) and the Government's Answer (ECF No. 3), it

is hereby **ORDERED** that the Petition is **GRANTED.** It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Holguin Velez from custody immediately and file a

   certificate of compliance on the docket no later than **5:00 p.m. on April 2, 2026.**

2. The Government is enjoined from detaining Mr. Holguin Velez under 8 U.S.C. § 1226(a)

   for seven (7) days following his release from custody.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**