**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JONATHAN HOLGUIN VELEZ** | : | |
| ***Plaintiff(s)*** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 26-1918** |
| | : | |
| **JOHN FIFE, et al.** | : | |
| ***Defendant(s)*** | : | |

**ORDER**

**AND NOW**, this 10th day of November 2026, it is hereby **ORDERED** that the Clerk of Court shall mark this matter **CLOSED** for all purposes including statistical reporting.

It is so **ORDERED.**

**BY THE COURT:**

s/Kai N. Scott

**HON. KAI N. SCOTT**
**United States District Court Judge**